IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>KEONTA HAMILTON<br>Defendant | )<br>)<br>)<br>) Case No. 3:22-cr-79<br>) Magistrate Judge Frensley<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to the Due Process Protections Act, the court reminds the government of its obligation under Brady v. Maryland, 373 U. S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with Brady and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge